IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -7  P 4: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. |
| VANESSA GOLA | ) (18 U.S.C. 641) |
| | ) 2:06 cr 78-VPM |
| | ) INFORMATION |

The United States Attorney charges:

## COUNT

On or about the 12th day of January 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **VANESSA GOLA** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_Kent Brunson_
KENT BRUNSON
Assistant United States Attorney

_NT_
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| **STATE OF AMERICA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, CURTIS DENNIS, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 12 January 2006, via closed circuit video monitors, I observed VANESSA GOLA place a 75% off sticker on a white robe and place a 75% off sticker over a 50% off sticker on a pair of Tommy Hilfiger boxer shorts. GOLA paid the marked down price on the clothes. GOLA then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The original price of the white robe was $20.00 and the 50% discounted price of the boxer shorts was $6.00 but GOLA only paid $8.00 for the two items.

_____
CURTIS DENNIS

Subscribed and sworn to before me this __9__ day of __February__, 2006.

_____
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS