| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:43 - 10:44 |
| | COURT REPORTER: |

√ **ARRAIGNMENT**     ❒ **CHANGE OF PLEA**     ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**     ❒ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** <u>Vanzetta Penn McPherson</u>     **DEPUTY CLERK:** <u>Wanda A. Robinson</u>
**CASE NUMBER:** 2:06cr78-VPM     **DEFENDANT NAME:** Vanessa Gola
**AUSA:** Capt. Neal Frazier     **DEFENDANT ATTORNEY:**
　　　　　　　　　　　　　　　　Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
　　　　　　　　　　　　　　　　( ) appointed at arraignment; ( ) standing in for: _____
**PTSO/USPO:**

　　**ARRAIGNMENT NOT HELD; CONTINUED to 7/11/06 Before Magistrate Judge Coody.**
　　**ORAL MOTION TO CONTINUE**
　　**ORAL ORDER GRANTING MOTION TO CONTINUE**

---

❒ This is defendant's **FIRST APPEARANCE.**
❒ **FINACIAL AFFIDAVIT EXECUTED.** <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
❒ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**　❒ Not Guilty　　　　　　　❒ Nol Contendere
　　　　❒ Not Guilty by reason of insanity
　　　　❒ Guilty as to:
　　　　　　❒ Count(s):
　　　　　　❒ Count(s):　　　　　❒ dismissed on oral motion of USA
　　　　　　　　　　　　　　　　❒ to be dismissed at sentencing

❒ Written plea agreement filed　❒ **ORDERED SEALED**
❒ **ORAL ORDER Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count**
❒ **MISDEMEANOR CRIMINAL TRIAL TERM:**
❒ **DISCOVERY DISCLOSURE DATE:**
❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
　　　　❒ Trial on _____; ❒ Sentencing on _____
❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
　　　　❒ Posting a $_____ bond;
　　　　❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:　❒ Waiver of Conflict of Interest Form executed
　　　　　❒ Defendant requests time to secure new counsel